

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Claudia Leyva
d/b/a Sunbelt Commercial Cleaning,

\* From the County Court at Law No. 2
of Midland County,
Trial Court No. CC19195.

Vs. No. 11-18-00332-CV

\* September 19, 2019

Dillard's Inc.,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)


This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Claudia Leyva d/b/a Sunbelt Commercial Cleaning.